No. 7756.

VICTOR ADEMA VS. LAFAYETTE INS. CO.

A transcript being incomplete, and the lower clerk certifying that he cannot complete it because of the loss of papers and documents, the time for return was extended, and upon the expiration thereof the clerk further certifying that the missing papers and documents could not be found after diligent search, a trial *de novo* was ordered.

APPEAL from the Third District Court of New Orleans.   MONROE, J.

*A. & W. Voorhies* and *Piliè* for Plaintiff Appellant.   *Cotton & Levy* for Defendant.

MANNING, C. J., delivered the opinion.